IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JACKIE PATTERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 1:25-cv-00648 |
| | * | |
| MAZDA MOTOR OF AMERICA, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

## JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE

Plaintiff Jackie Patterson ("Plaintiff") and Defendant Mazda Motor of America, Inc. ("Defendant") respectfully submit this Notice of Settlement and inform the Court as follows:

1.      Plaintiff and Defendant have reached a settlement agreement to resolve all items in dispute and all claims against all parties in this matter.

2.      The parties are finalizing a confidential settlement agreement.

3.      Pursuant to the terms of the settlement, it may take up to 60 days for the completion of the settlement, but once a confidential settlement agreement is executed the parties anticipate filing a joint stipulation of dismissal with retained jurisdiction to enforce the settlement.

4.      Based on the foregoing, the Parties respectfully request that all future hearings and deadlines be vacated. The parties jointly request that the Court retain jurisdiction to enforce the settlement agreement pursuant to **Kokkonen v. Guardian Life Ins. Co. of America**, 511 U.S. 375 (1994) until the completion of the settlement terms.

Respectfully Submitted:

/s/ James B. Feinman
James B. Feinman, Esq. (VSB # 28521)
James B. Feinman & Associates
P.O. Box 697
Lynchburg, VA 24505
Tel: (434) 846-7603
Fax: (434) 846-0158
jb@jfeinman.com
*Counsel for Jackie Patterson*

/s/ Thomas V. McCarron
*Thomas V. McCarron* (VSB No. 93123)
Semmes, Bowen & Semmes
250 W. Pratt Street, Suite 1900
Baltimore, MD 21202
(410) 539-5040 (phone)
(410) 539-5223 (fax)
tmccarron@semmes.com
*Counsel for Mazda Motor of America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

So ordered: *Claude M. Hilton*
Claude M. Hilton
United States District Judge

June __12__, 2025
Alexandria, Virginia

/s/ James B. Feinman
James B. Feinman, Esq. (VSB # 28521)
JAMES B. FEINMAN & ASSOCIATES
P.O. Box 697
Lynchburg, VA 24505
Tel: (434) 846-7603
Fax: (434) 846-0158
jb@jfeinman.com
*Counsel for Jackie Patterson*